**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 99-7624

———————

LEE WAYNE HUNT,

Plaintiff - Appellant,

versus

STEPHEN COLLINS; R. ANDERSON; PATRICIA L.
CHAVIS,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-99-619-5-BO)

———————

Submitted: February 10, 2000          Decided: March 7, 2000

———————

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Lee Wayne Hunt, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lee Wayne Hunt, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint under 28 U.S.C.A. § 1915A (West Supp. 1999) and denying his motion to amend or reconsider. Hunt also has moved this court to issue a certificate of probable cause to appeal. We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we deny the motion for probable cause to appeal and dismiss the appeal on the reasoning of the district court. See Hunt v. Collins, No. CA-99-619-5-BO (E.D.N.C. Oct. 21 & Nov. 15, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2